IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:17cv24-FL

JOHN MOORE )
Plaintiff(s), )
)
vs )
)
CORELOGIC SAFERENT, LLC )
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

CORELOGIC SAFERENT, LLC who is Defendant ,
(name of party)         (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ○        NO ⦿

2. Does party have any parent corporations?

   YES ⦿        NO ○

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
Defendant is a wholly-owned subsidiary of CoreLogic Information Resources, LLC, and CoreLogic Information Resources, LLC is a wholly-owned subsidiary of CoreLogic, Inc., which is publicly traded on the New York Stock Exchange under the symbol "CLGX."

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ⦿        NO ○

If yes, identify all such owners:
Defendant is a wholly-owned subsidiary of CoreLogic Information Resources, LLC, and CoreLogic Information Resources, LLC is a wholly-owned subsidiary of CoreLogic, Inc., which is publicly traded on the New York Stock Exchange under the symbol "CLGX."

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ◯   NO ⦿

If yes, identify entity and nature of interest:

5. Is party a trade association?

YES ◯   NO ⦿

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:
n/a

Signature: /s/ D. Kyle Deak

Date: 2/20/17

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and that notices would be delivered electronically to counsel for the parties.

        Leonard A. Bennett
        Consumer Litigation Associates, P.C.
        763 J. Clyde Morris Blvd., Suite 1-A
        Newport News, VA 23601
        lenbennett@clalegal.com

        *Counsel for Plaintiff*


        TROUTMAN SANDERS LLP

        By: /s/ D. Kyle Deak
            D. Kyle Deak
        N.C. Bar No. 35799
        434 Fayetteville Street, Suite 1900
        Raleigh, North Carolina 27601
        Telephone: (919) 835-4133
        kyle.deak@troutmansanders.com

        *Attorneys for Defendant*