**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**Raleigh Division**

| | | |
|---|---|---|
| JOHN MOORE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 5:17-cv-24 |
| | : | |
| CORELOGIC SAFERENT, LLC, | : | |
| | : | |
| Defendant. | : | |

## JOINT NOTICE OF SELECTION OF MEDIATOR

Pursuant to Local ADR Rule 101.1c(a), the parties hereby notify the Court that they

select the Honorable Barry R. Poretz (Ret.) with The McCammon Group as the mediator in this

matter.

May 22, 2017

Respectfully submitted,
**JOHN MOORE**

*/s/ Matthew J. Erausquin*
Matthew J. Erausquin
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone:    (703) 273-7770
Facsimile:    (888) 892-3512
E-mail: matt@clalegal.com
*Counsel for the Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2017, I will electronically file the foregoing Notice of

Selection of Mediator with the Clerk of the Court using the CM/ECF system, which will then

send a notification of such filing (NEF) to the following:

D. Kyle Deak
Troutman Sanders, LLP
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Tel: 919-835-4133
Fax: 919-829-8725
Email: kyle.deak@troutmansanders.com


I hereby certify that on May 23, 2017, I will send a copy of this notice to the following
via electronic mail:

Honorable Barry R. Poretz (Ret.)
The McCammon Group
6641 West Broad Street, Suite 400
Richmond, VA 23230

Timothy J. St. George
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23219
Tel:    804-697-1254
tim.stgeorge@troutmansanders.com

*Counsel for the Defendant*


                                        */s/ Matthew J. Erausquin*
                                        Matthew J. Erausquin
                                        CONSUMER LITIGATION ASSOCIATES, P.C.
                                        1800 Diagonal Road, Suite 600
                                        Alexandria, Virginia 22314
                                        Telephone:     (703) 273-7770
                                        Facsimile:     (888) 892-3512
                                        E-mail: matt@clalegal.com
                                        *Counsel for the Plaintiff*