# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# Raleigh Division

| | | |
|---|---|---|
| JOHN MOORE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 5:17-cv-24 |
| CORELOGIC SAFERENT, LLC, | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR JOHN MOORE

The undersigned respectfully requests that the Clerk of Court withdraw the appearance of Casey S. Nash as counsel of record for Plaintiff John Moore ("Plaintiff") in this matter. Ms. Nash left the law firm Consumer Litigation Associates, P.C., effective August 31, 2017, and will be unable to continue her representation of the Plaintiff in this matter.

Plaintiff will continue to be represented in this matter by Leonard A. Bennett and Matthew J. Erausquin of Consumer Litigation Associates, P.C., both of whom are counsel of record in this case. In addition, the Defendant has consented to the relief sought by the motion.

Neither party will be prejudiced because of Ms. Nash's withdrawal as counsel.

Respectfully submitted,

*/s/ Casey S. Nash*
Casey S. Nash
Virginia State Bar No. 84261
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7570
Facsimile: 703-591-0167
E-mail: casey@kellyandcrandall.com

*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of September 2017, I have filed the foregoing electronically using the CM/ECF system, which will then send an e-mail notification of such filing to the attorneys of record.

                                            /s/
                                    Casey S. Nash
                                    Virginia State Bar No. 84261
                                    KELLY & CRANDALL, PLC
                                    3925 Chain Bridge Road, Suite 202
                                    Fairfax, VA  22030
                                    Telephone:  703-424-7570
                                    Facsimile:   703-591-0167
                                    E-mail:  casey@kellyandcrandall.com
                                    *Counsel for the Plaintiff*