IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
**Raleigh Division**

| | |
|---|---|
| JOHN MOORE, | : |
|     Plaintiff, | : |
| v. | :    Civil Action No. 5:17-cv-24 |
| CORELOGIC SAFERENT, LLC, | : |
|     Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of the above-captioned action, with prejudice, with each side bearing its own fees and costs.

November 16, 2017                       Respectfully submitted,

**JOHN MOORE**

By:     *s/Leonard A. Bennett*
           Leonard A. Bennett, NC Bar No. 21576
           ATTORNEY FOR PLAINTIFF
           CONSUMER LITIGATION ASSOCIATES, P.C.
           763 J. Clyde Morris Blvd., Suite 1-A
           Newport News, VA 23601
           Tel: (757) 930-3660
           Fax: (757) 930-3662
           Email: lenbennett@clalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2017, I will electronically file the foregoing Stipulation of Dismissal with Prejudice with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

D. Kyle Deak
Troutman Sanders, LLP
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Tel: 919-835-4133
Fax: 919-829-8725
Email: kyle.deak@troutmansanders.com

I hereby certify that on November 16, 2017, I will send a copy of this notice to the following via electronic mail:

Timothy J. St. George
Troutman Sanders LLP
Troutman Sanders
Bldg. 1001 Haxall
Point
P.O. Box 1122
Richmond, VA 23219
tim.stgeorge@troutmansanders.com

*Counsel for the Defendant*

By: s/Leonard A. Bennett
Leonard A. Bennett, NC Bar No. 21576
ATTORNEY FOR PLAINTIFF
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
Email: lenbennett@clalegal.com